IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| FRANCISCO MARIN, | § | |
|             Plaintiff | § | |
| | § | |
| VS. | § | C.A. NO. 7:18-CV-0002 |
| | § | |
| CITY OF PHARR, TEXAS, | § | |
| AMBROSIO HERNANDEZ, | § | |
| OSCAR ELIZONDO, ELEAZAR | § | |
| GUAJARDO, ROBERTO CARILLO | § | |
| EDMUND MALDONADO, JR., | § | |
| RICARDO MEDINA, | § | |
| MARIO BRACAMONTES, ED WYLIE | § | |
| AND JUAN G. GUERRA, | § | |
|             Defendants | § | |

**JOINT MOTION TO DISMISS ALL CLAIMS BY PLAINTIFF AGAINST DEFENDANTS WITH PREJUDICE**

May It Please the Court:

COMES NOW PLAINTIFF FRANCISCO MARIN AND DEFENDANTS CITY OF PHARR, TEXAS, AMBROSIO HERNANDEZ, ROBERTO CARRILLO, ELEAZAR GUAJARDO, ED WYLIE and JUAN G. GUERRA Individually (hereafter "DEFENDANTS") and file this Joint Motion to Dismiss with Prejudice in accordance with Rule 41, Fed. R. Civ. P.

The parties to this litigation have achieved a compromise and settlement of all claims contained in this litigation. One of the terms of the settlement agreement is that this litigation by PLAINTIFF FRANCISCO MARIN shall be dismissed with prejudice to include any and all claims raised, or which could or should have been raised as part of this litigation arising out of, or in connection with the incident(s) made the basis of this litigation.

**CERTIFICATE OF CONERENCE**

Counsel for DEFENDANTS hereby represents to the Court that he has not only conferred with opposing counsel regarding the substance of this motion, but also has in his possession a copy of the signed and executed compromise settlement agreement that authorized the filing of this unopposed motion.

## CONCLUSION & PRAYER

THEREFORE, based on the foregoing reasons, DEFENDANTS requests that the Court grant this Motion to Dismiss with Prejudice in accordance with the Settlement and Release Agreement between the parties as identified above. The parties further agree and request that each party shall bear its own attorney's fees and costs of court in this litigation, except as otherwise negotiated in accordance with the terms of the settlement agreement.

SIGNED this 8TH day of NOVEMBER, 2021.

Respectfully submitted,

By: *Robert L. Drinkard*
ROBERT L. DRINKARD
State Bar No. 24007128
So. Dist Id No. 23712
rldrinkard@rampagelaw.com
RICARDO J. NAVARRO
State Bar No. 14829100
So. Dist Id No. 5953
rjnavarro@rampagelaw.com
**DENTON NAVARRO ROCHA BERNAL & ZECH**
**A Professional Corporation**
701 E. Harrison, Ste. 100
Harlingen, Texas 78550
956/421-4904
956/421-3621 (fax)
**COUNSEL FOR DEFENDANTS**

By: *Katie P. Klein*
KATIE P. KLEIN
State Bar No. 11561900
Southern District No. 7577
WILLIAM D. MOUNT, JR.
State Bar No. 14602950
Southern District No. 14992
DALE & KLEIN, LLP
1100 E. Jasmine Ave., Ste 202
McAllen, Texas 78501
956.687.8700 (gen)
office@daleklein.cocm
**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document has been served in accordance with one or more of the recognized methods of service by the Federal Rules of Civil Procedure on the persons or parties identified below on this, the 8TH day of NOVEMBER, 2021.

Katie P. Klein                                                                                       **By E-Filing Methods**
William D. Mount, Jr.
DALE & KLEIN, LLP
1100 E. Jasmine Ave., Ste 202
McAllen, Texas 78501
Email: office@daleklein.com
**Attorney for Plaintiff**

By: *Robert L. Drinkard*
RICARDO J. NAVARRO
ROBERT L. DRINKARD