Case 7:18-cv-00002 Document 77 Filed on 11/29/21 in TXSD Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
November 29, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| FRANCISCO MARIN, <br> Plaintiff <br><br> VS. <br><br> CITY OF PHARR, TEXAS, <br> AMBROSIO HERNANDEZ, <br> OSCAR ELIZONDO, ELEAZAR <br> GUAJARDO, ROBERTO CARILLO <br> EDMUND MALDONADO, JR., <br> RICARDO MEDINA, <br> MARIO BRACAMONTES, ED WYLIE <br> AND JUAN G. GUERRA, <br> Defendants | § § § § § § § § § § § § § § § | C.A. NO. 7:18-CV-0002 |

### ORDER OF DISMISSAL WITH PREJUDICE
### OF PLAINTIFF'S CLAIM AGAINST DEFENDANTS

On this day came to be considered the JOINT Motion to Dismiss with Prejudice filed by the PLAINTIFF FRANCISCO MARIN and DEFENDANTS CITY OF PHARR, TEXAS, AMBROSIO HERNANDEZ, ROBERTO CARRILLO, ELEAZAR GUAJARDO, ED WYLIE and JUAN G. GUERRA Individually in this case. Counsel for the parties represent to the Court that, for consideration paid and received, this matter has been settled and compromised to the mutual satisfaction of PLAINTIFF FRANCISCO MARIN AND DEFENDANTS CITY OF PHARR, TEXAS, AMBROSIO HERNANDEZ, ROBERTO CARRILLO, ELEAZAR GUAJARDO, ED WYLIE and JUAN G. GUERRA Individually.

After consideration of the Motion, and the representations of counsel, the Court finds that all issues as to these particular parties have been resolved and that this Agreed Motion to Dismiss with Prejudice should be GRANTED.

It is therefore ORDERED, ADJUDGED and DECREED that all claims and causes of action contained in this litigation brought by PLAINTIFF FRANCISCO MARIN against the DEFENDANTS CITY OF PHARR, TEXAS, AMBROSIO HERNANDEZ, ROBERTO

CARRILLO, ELEAZAR GUAJARDO, ED WYLIE and JUAN G. GUERRA Individually are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that each party shall bear its own attorney's fees and costs of court, except as may otherwise provide in the terms of the settlement.

Finally, it is ORDERED that any relief not expressly granted is hereby DENIED.

SIGNED THIS 29th DAY OF November, 2021.

_Ricardo H. Hinojosa_
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND CONTENT:**

By: *Katie P. Klein*
KATIE P. KLEIN
State Bar No. 11561900
Southern District No. 7577
WILLIAM D. MOUNT, JR.
State Bar No. 14602950
Southern District No. 14992
DALE & KLEIN, LLP
1100 E. Jasmine Ave., Ste 202
McAllen, Texas 78501
956.687.8700 (gen)
office@daleklein.cocm
**COUNSEL FOR PLAINTIFF**

By: *Robert L. Drinkard*
ROBERT L. DRINKARD
State Bar No. 24007128
So. Dist Id No. 23712
rldrinkard@rampagelaw.com
RICARDO J. NAVARRO
State Bar No. 14829100
So. Dist Id No. 5953
rjnavarro@rampagelaw.com
**DENTON NAVARRO ROCHA BERNAL & ZECH**
**A Professional Corporation**
701 E. Harrison, Ste. 100
Harlingen, Texas 78550
956/421-4904
956/421-3621 (fax)
**COUNSEL FOR DEFENDANTS**